EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
LORRAINE CUNETTA, Individually and on behalf :
of all other persons similarly situated,      :
                                              :   07 CV 11100 (VM)
                        Plaintiffs,           :
                                              :   STIPULATION OF DISMISSAL
            - against -                       :   WITH PREJUDICE
                                              :
THE UNIVERSITY CLUB, INC., JOHN DORMAN        :
and JOHN DOE 1-10,                            :
                                              :
                        Defendants.           :
------------------------------------------------------------x
```

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned attorneys, that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above-captioned action be dismissed, with prejudice and on the merits, without costs or attorneys' fees to any party.

Dated: February 21, 2008

LAURENCE J. LEBOWITZ & ASSOCIATES

_____
Laurence J. Lebowitz, Esq. (LL6816)
435 Madison Avenue, 15th Floor
New York, New York 10022-5803
Attorneys for Plaintiff

WINSTON & STRAWN LLP

_____
Stephen D. Sheinfeld, Esq. (SS3585)
200 Park Avenue
New York, New York 10166
Attorneys for Defendants

SO ORDERED: 25 February 2008

_____
U.S.D.J.      Victor Marrero

8