```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X
LORRAINE CUNETTA,               :
                                :
                Plaintiff,      :    07 Civ 11100
                                :
        - against -             :    ORDER
                                :
THE UNIVERSITY CLUB, INC., et al., :
                                :
                Defendants.     :
----------------------------------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

By Stipulation of dismissal and Order dated February 25, 2008 the Court directed the Clerk of Court to enter judgment dismissing this action with prejudice and to close the captioned case and remove it from the Court's docket. A review of the Docket Sheet for this matter indicates that the case remains listed on the Court's database of open cases. Accordingly, it is hereby

**ORDERED** that in accordance with the Court's Order of February 25, 2008 the Clerk of Court is directed to enter judgment dismissing this action with prejudice and to close this case and remove it from the Court's list of pending cases.

**SO ORDERED.**

Dated:   New York, New York
         28 February 2008

                                    _____
                                         VICTOR MARRERO
                                            U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08